UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONNA BAEHRLE,

    Plaintiff,

v.	Case No: 2:16-cv-282-FtM-38CM

NAVIENT SOLUTIONS, INC. and
STUDENT ASSISTANCE CORP.,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Donna Baehrle's Notice of Voluntary Dismissal of Count III and IV of Complaint as to Defendant Student Assistance Corporation (Doc. #26) filed on July 15, 2016. Federal Rule of Civil Procedure 41 allows a plaintiff to voluntarily dismiss an action without court order in two instances. First, a notice of dismissal may be filed before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Second, the plaintiff may file a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Turning to this action, Plaintiff moves to unilaterally dismiss part of her action against Defendant Student Assistance Corporation. (Doc. #26). But a review of the docket shows that Defendant Student Assistance Corporation has already answered

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

these claims. (Doc. #19). Therefore, if Plaintiff wishes to proceed with her voluntary dismissal, she must file a stipulation of dismissal signed by Defendant Student Assistance Corporation, as required by Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

Plaintiff Donna Baehrle's Notice of Voluntary Dismissal of Count III and IV of Complaint as to Defendant Student Assistance Corporation (Doc. #26) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 18th day of July, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record